IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENYS DONETS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN, ET AL. | : | NO. 26-6183 |

**ORDER**

**AND NOW**, this 24th day of August, 2026, upon consideration of Petitioner Denys Donets' Petition for Writ of Habeas Corpus (Docket No. 1), **IT IS HEREBY ORDERED** that Petitioner shall promptly forward the Petition to the Office of the United States Attorney at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

**IT IS FURTHER ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the instant Petition for Writ of Habeas Corpus is pending.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.